No. 1. COOPER ET AL., MEMBERS OF THE BOARD OF DIRECTORS OF THE LITTLE ROCK, ARKANSAS, INDEPENDENT SCHOOL DISTRICT, ET AL. *v.* AARON ET AL. On petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit. Motion for leave to file brief of Arlington County Chapter, Defenders of State Sovereignty of Individual Liberties, as *amicus curiae,* denied. Motion for leave to file brief of James M. Burke, as *amicus curiae,* denied. Motion for leave to file suit for declaratory judgment in re Little Rock and for other relief denied. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit granted. *Richard C. Butler, A. F. House* and, by special leave of the Court, *John H. Haley, pro hac vice,* for petitioners. *Thurgood Marshall, Wiley A. Branton, William Coleman, Jr., Jack Greenberg* and *Louis H. Pollak* for respondents. *Solicitor General Rankin,* appearing at the invitation of the Court, adhered to his brief filed in No. 1, Misc., August Special Term, 1958, urging that the relief sought by respondents should be granted. With him on this brief were *Oscar H. Davis, Philip Elman* and *Ralph S. Spritzer.*